

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JOSEPH CASTILLO,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:13-cr-091-RGK-09<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Government_, IT IS ORDERED that a detention hearing is set for _August 24_, _2022_, at _2:00_  ☐ a.m. / ☒ p.m. before the Honorable _Karen E. Scott_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _August 22, 2022_            _Karen E. Scott_
                                     U.S. District Judge/Magistrate Judge